UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOYD ET AL,<br><br>           Plaintiff,<br><br>     v.<br><br>CITY OF SAN RAFAEL ET AL,<br><br>           Defendant. | Case No. 23-cv-04085-EMC<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS***<br><br>Docket No. 31 |

1. This Court **GRANTS** motion to proceed *in forma pauperis* by Plaintiff Brian Nelson (Docket No. 31).
2. The Clerk is **ORDERED** to issue Summons.
3. The U.S. Marshall shall serve, without prepayment of fees, a copy of the complaint, any scheduling orders or other documents specified by the Clerk, Plaintiffs' declarations and exhibits, this Court's Order Granting Plaintiffs' Request for Temporary Restraining Order, (Docket No. 19) this Court's Order Extending and Modifying Temporary Restraining Order and Continuing Hearing (Docket No. 67), and this Order upon the Defendants.

///
///
///
///
///
///
///

4. The Clerk shall mail a copy of this Order to Plaintiffs' given address: PO BOX 2217, San Rafael, CA 94912-2217 and shall send a courtesy email with this order attached to Plaintiffs' email address, as stated in the complaint (Docket No. 1).

**IT IS SO ORDERED**.

Dated: September 8, 2023

_____
EDWARD M. CHEN
United States District Judge