UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Boyd et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>City of San Rafael et al.,<br><br>　　　　　Defendants. | Case No. 23-CV-04085-EMC<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR ACCOMMODATIONS AS MODIFIED**<br><br>Docket No. 3 |

In consideration of Plaintiffs' Request for Accommodations (Dkt. No. 3) the Court hereby **GRANTS** Plaintiffs' requests as modified below:

1. Hearings shall be conducted either via Zoom teleconference or in a hybrid in-person and Zoom teleconference format.
2. Plaintiffs shall be allowed to bring a delegation of Plaintiffs to hearings. However, no individual Plaintiffs may represent other individual Plaintiffs.
3. Plaintiffs shall be permitted to use the help of a volunteer who is not a Plaintiff to assist them in proceedings, *e.g.*, in accessing Zoom hearings via telephone. The volunteer may not represent Plaintiffs in a manner that constitutes the unauthorized practice of law and may not speak without the Court's permission.

//
//
//
//
//
//

4. Paper copies of filings shall be mailed to the Plaintiffs' addresses on file, but Plaintiffs must endeavor to receive pleadings digitally.

**IT IS SO ORDERED**.

Dated: September 28, 2023

_____
EDWARD M. CHEN
United States District Judge