UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHALEETA BOYD, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF SAN RAFAEL, *et al.*,<br><br>    Defendants. | Case No. 23-cv-04085-EMC<br><br>**ORDER RE STATUS REPORTS ON FRANCISCO STRUCTURES**<br><br>Docket Nos. 181-82 |

The Court has received and reviewed the status reports filed by the City.

To the extent the City has asked for permission to build a fence around the area, *see* Docket No. 181, it has not established that there is a need to take such action. The City previously asked for that relief but, implicitly, that was to prevent persons from returning to the area and living there again. Currently, there is only evidence that people are removing materials from that area. That being said, the Court notes that it will not bar the City from fencing off the area once Judge Wood has issued all of her orders (assuming she rules in favor of the City as she has done so far and notwithstanding the fact that is a process for judicial review of her orders).

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

As for the decisions that have been issued by Judge Wood, they have addressed the structures that were at issue in *Chan v. Stefanski*, No. C-24-3631 EMC (N.D. Cal.). Although the plaintiffs in *Chan* may appeal Judge Wood's decisions, the Court's order in *Boyd* at Docket No. 178 does not prevent the City from abating the structures as it only prevented the City from acting through the administrative hearing date.

**IT IS SO ORDERED**.

Dated: July 1, 2024

_____
EDWARD M. CHEN
United States District Judge

2